FILED  Page 1 of 2

2007 MAR 16 PM 5:06

U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

-vs-

ANNETTE HARRELL

Case Number: 6:06-CR-91-ORL-28DAB

USM Number: 26335-018

Charles M. Greene, CJA
111 N. Orange Avenue, Suite 775
Orlando, Florida 32801

## JUDGMENT IN A CRIMINAL CASE
### For Revocation of Probation

The defendant admitted guilt to violation of charge numbers One, Two, Three, Four, Five, Six, and Seven of the term of probation. The defendant is adjudicated guilty of these violation charge numbers:

| Violation Charge Number | Nature of Violation | Violation Ended |
|---|---|---|
| One | Failure to follow instructions | October 3, 2006 |
| Two | Failure to follow instructions | November 20, 2006 |
| Three | Positive urinalysis | October 26, 2006 |
| Four | Positive urinalysis | November 6, 2006 |
| Five | Positive urinalysis | November 7, 2006 |
| Six | Positive urinalysis | December 18, 2006 |
| Seven | Positive urinalysis | January 29, 2007 |

The defendant is sentenced as provided in the following pages of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

**IT IS ORDERED** that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Date of Imposition of Sentence:

3/14/2007

JOHN ANTOON II
UNITED STATES DISTRICT JUDGE

March 16, 2007

AO 245B (Rev. 6/05) Judgment in a Criminal Case

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **3 Months**.

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By:_____
Deputy U.S. Marshal